UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HANNAH FRAZIER** | : | **CIVIL ACTION NO. 21-CV-3948** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, together with the Objection [Doc. No. 19] filed by Defendants, The Board of Supervisors for The University of Louisiana System, and Dr. James B. Henderson on August 19, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 7] is **DENIED.**

**MONROE, LOUISIANA** this 22nd day of August 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT